No. 92–732. GULF STATES STEEL, INC. OF ALABAMA *v.* LTV CORP. ET AL., 506 U. S. 1022. Motion of Alabama to intervene or in the alternative to file a brief *amicus curiae* denied. Petition for rehearing denied.

No. 92–5505. DEAN *v.* SMITH ET AL., 506 U. S. 1002. Motion for leave to file petition for rehearing denied.

FEBRUARY 24, 1993

No. 92–7621 (A–622). KELLOGG, AS NEXT FRIEND TO LONCHAR *v.* ZANT, WARDEN. C. A. 11th Cir. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

MARCH 1, 1993

No. 92–1194. HOLLOWAY ET AL. *v.* HECHLER, SECRETARY OF STATE OF WEST VIRGINIA, ET AL. Affirmed on appeal from D. C. S. D. W. Va.

No. 92–856. PONTE, SUPERINTENDENT, MASSACHUSETTS CORRECTIONAL INSTITUTE AT WALPOLE, ET AL. *v.* DOMEGAN. C. A. 1st Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Farrar* v. *Hobby*, 506 U. S. 103 (1992).